

FILED
DEC 04 2024
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) 3:24 CR 448 |
| | ) JUDGE KNEPP |
| v. | ) CASE NO. MAG. JUDGE CLAY |
| | ) Title 8, United States Code, |
| RAUL VEGA-CARDENAS, | ) Section 1326 |
| Defendant. | ) |

COUNT 1
(Illegal Reentry, 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant RAUL VEGA-CARDENAS is an alien and citizen of Mexico, who has been previously removed from the United States on at least one occasion, the last being on or about March 20, 2018.

2. On or about October 25, 2017, in the United States District Court, Western District of Texas, Case Number DR-17-CR-00172(1)-AM, Defendant was convicted of Illegal Reentry in violation of Title 8, United States Code, Section 1326.

3. On or about November 22, 2024, Defendant was found in the United States in the Northern District of Ohio, Western Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202 (3), (4) and (557)) to apply for



ORIGINAL

readmission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.